**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KENNETH M. JOHNS<br><br><br><br><br><br>   Debtor | ) CHAPTER 13 PROCEEDINGS<br>)<br>) Case No.: 07-02231<br>)<br>) **Application for Payment of Unclaimed**<br>) **Funds to the U.S. Bankruptcy Court**<br>)<br>)<br>)<br>) |

   Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
|---|---|---|---|
| 201093 | 10/30/2009 | KENNETH M. JOHNS<br>1871 W. ZARRAGOZA PL<br>TUCSON, AZ 85704 | $177.66 |
| | | **Total** | **$177.66** |

   The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $177.66 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 05/25/2010

                              **/s/ Dianne C. Kerns, #011557**
                              Dianne C. Kerns, Esq.
                              Chapter 13 Trustee